B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re   LocatePLUS Corporation _____,   Case No. _____

                              Debtor

                                                      Chapter _____ 11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 155,432.23 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 3,402,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 1,076,783.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 155,432.23 | | |
| Total Liabilities | | | | 4,478,783.51 | |

B6A (Official Form 6A) (12/07)

In re   **LocatePLUS Corporation**                        ,     Case No. _____

                                       **Debtor**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| None | | | | |

| | | | |
| --- | --- | --- | --- |
| Sub-Total > | 0.00 | (Total of this page) | |
| Total > | 0.00 | | |
| | (Report also on Summary of Schedules) | | |

  _0_  continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **LocatePLUS Corporation**                                              ,          Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit held by Cummings Properties | - | 101,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >  | 101,000.00 |
|---|---|---|
|  | (Total of this page) | |

___2___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **LocatePLUS Corporation**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable | - | 54,432.23 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  | Sub-Total > | 54,432.23 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **LocatePLUS Corporation**                                         ,    Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous office equipment and furnishings | - | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 155,432.23 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re    LocatePLUS Corporation                                            , Case No. _____
_____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| NONE. | | | |

 0   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   LocatePLUS Corporation _____,   Case No. _____

　　　　　　　　　　　Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| Gulabtech, LLC c/o Daniel C. Cohn, Esq. Murtha Cullina 99 High Street Boston, MA 02110 | - | | | Value $ | | | | 3,402,000.00 | Unknown |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 3,402,000.00 | 0.00 |
| Total (Report on Summary of Schedules) | 3,402,000.00 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    LocatePLUS Corporation                                                            Case No. _____
_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **LocatePLUS Corporation**                       Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> Aflac <br> Attn: Remittance Processing <br> 1932 Wynnton Road <br> Columbus, GA 31999-0797 | - | | | | | | 181.02 |
| **Account No.** <br><br> American Management Systems Inc. <br> P.O. Box 404043 <br> Atlanta, GA 30384 | - | | | | | | 61.04 |
| **Account No.** <br><br> AT&T <br> P.O. Box 2969 <br> Omaha, NE 68103-2969 | - | | | | | | 236.81 |
| **Account No.** <br><br> AT&T Wireless Services <br> P.O. Box 5019 <br> Carol Stream, IL 60197-5019 | - | | | | | | 2,450.05 |
| | | | | Subtotal <br> (Total of this page) | | | 2,928.92 |

  __16__   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    LocatePLUS Corporation                                    ,        Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Axciom Info Security Services 12445 Collection Center Drive Chicago, IL 60693 | - | | | | | | 9,645.30 |
| Account No. | | | | | | | |
| B&C Accounting Solutions LLC | - | | | | | | 2,650.00 |
| Account No. | | | | | | | |
| Brinks P.O. Box 101-031 Atlanta, GA 30392 | - | | | | | | 322.82 |
| Account No. | | | | | | | |
| Broadridge P.O. Box 23487 Newark, NJ 07189 | - | | | | | | 7,138.85 |
| Account No. | | | | | | | |
| Brown & Lipinsky 5811 Pine Avenue Chino Hills, CA 91709 | - | | | | | | 7,721.58 |

Sheet no. __1__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                27,478.55

B6F (Official Form 6F) (12/07) - Cont.

In re    LocatePLUS Corporation                                    ,            Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| City of Beverly Payment Processing P.O. Box 178 Medford, MA 02155 | - | | | | | | 1,603.16 |
| Account No. | | | | | | | |
| Colby Attorneys Service Co., Inc. P.O. Box 737 Albany, NY 12201 | | | | | | | 210.00 |
| Account No. | | | | | | | |
| CSC P.O. Box 13397 Philadelphia, PA 19101-1564 | - | | | | | | 788.00 |
| Account No. | | | | | | | |
| CT Corporation P.O. Box 4349 Carol Stream, IL | - | | | | | | 278.00 |
| Account No. | | | | | | | |
| Cummings Properties 200 West Cummings Park 107L Woburn, MA 01801 | - | | | | | | 10,986.27 |

Sheet no. __2__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,865.43

B6F (Official Form 6F) (12/07) - Cont.

In re   LocatePLUS Corporation                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| CUSIP Service Bureau P.O. Box 19140A Newark, NJ 07195-0140 | | - | | | | | | 110.00 |
| Account No. | | | | | | | | |
| D&B RMS 240 Emery Street Bethlehem, PA 18015 | | | | | | | | 100,000.00 |
| Account No. | | | | | | | | |
| Digital Footprints International, LLC P.O. Box 1295 Tacoma, WA 98402 | | - | | | | | | 4,500.00 |
| Account No. | | | | | | | | |
| DNET Cabling Technologies 247 Salem Street Woburn, MA 01801-2004 | | - | | | | | | 298.00 |
| Account No. | | | | | | | | |
| Ebackground Check E Solution P.O. Box 890468 Charlotte, NC 28289-0468 | | - | | | | | | 6,769.00 |

Sheet no. _3_ of _16_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     111,677.00

B6F (Official Form 6F) (12/07) - Cont.

In re    LocatePLUS Corporation                                         ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| EDGARFilings, Ltd. 39779 Treasury Center Chicago, IL 60694-9700 | | - | | | | | | 127.50 |
| Account No. | | | | | | | | |
| Essex Office Supplies 100 Cummings Centre Suite 122G Beverly, MA 01915 | | - | | | | | | 727.26 |
| Account No. | | | | | | | | |
| Federal Express P.O. Box 371461 Pittsburgh, PA 15250-7461 | | - | | | | | | 53.44 |
| Account No. | | | | | | | | |
| Florida Department of Revenue 5050 W. Tennessee Street Tallahassee, FL 32399-0180 | | - | | | | | | 3,369.40 |
| Account No. | | | | | | | | |
| FPMSI 60 Newark Street Haverhill, MA 01832 | | - | | | | | | 853.94 |

Sheet no. __4__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,131.54

B6F (Official Form 6F) (12/07) - Cont.

In re    LocatePLUS Corporation _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| George J. Isaac 36 Whisper Drive Worcester, MA 01609 | - | | | | | | 1,575.00 |
| Account No. | | | | | | | |
| Grey House Publishing 185 Millerton Road P.O. Box 860 Millerton, NY 12546 | - | | | | | | 16.50 |
| Account No. | | | | | | | |
| Gruber Hurst Johansen Hail 1445 Ross Avenue Suite 2500 Dallas, TX 75202 | - | | | | | | 852.50 |
| Account No. | | | | | | | |
| H2Only 96 Clematis Avenue Waltham, MA 02453 | - | | | | | | 1,001.53 |
| Account No. | | | | | | | |
| Helene Mandell 3736 Wonderland Hill Avenue Boulder, CO 80304 | - | | | | | | 67,500.00 |

| | | |
|---|---|---|
| Sheet no. _5_ of _16_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 70,945.53 |

B6F (Official Form 6F) (12/07) - Cont.

In re    LocatePLUS Corporation                                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| IKON Financial Services P.O. Box 41564 Philadelphia, PA 19101-1564 | - | | | | | | 1,756.00 |
| Account No. | | | | | | | |
| Innovative Enterprises, Inc. P.O. Box 22506 Newport News, VA 23606 | | | | | | | 9,120.42 |
| Account No. | | | | | | | |
| Insite Research, LLC 2710 Thomas Avenue Suite 223 Cheyenne, WY 82001 | - | | | | | | 7,950.00 |
| Account No. | | | | | | | |
| Kenneth W. Kaiser 20 Greenwood Road Hopkinton, MA 01748 | - | | | | | | 16,078.00 |
| Account No. | | | | | | | |
| Lennox National Account Services 3511 NE 22nd Avenue Fort Lauderdale, FL 33308 | - | | | | | | 233.38 |

Sheet no. __6__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                     35,137.80

B6F (Official Form 6F) (12/07) - Cont.

In re    LocatePLUS Corporation                                      ,      Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| **Account No.** xxx2104 | | | | | | | | |
| Lexis Nexis P.O. Box 7247-6157 Philadelphia, PA 19170-6157 | - | | | | | | | 103,629.36 |
| **Account No.** xxx2104 | | | | | | | | |
| LexisNexis Risk Data Management Inc. P.O. Box 7247-6157 Philadelphia, PA 19170 | - | | | | | | | 416,386.74 |
| **Account No.** | | | | | | | | |
| Littman Krooks LLP 655 Third Avenue New York, NY 10017 | - | | | | | | | 4,362.50 |
| **Account No.** | | | | | | | | |
| Lowenstein Sadler PC 1251 Avenue of the Americas New York, NY 10020 | - | | | | | | | 3,821.26 |
| **Account No.** | | | | | | | | |
| Mail Finance P.O. Box 45840 San Francisco, CA 94145-0840 | - | | | | | | | 2,968.71 |

Sheet no. __7__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        531,168.57

B6F (Official Form 6F) (12/07) - Cont.

In re    **LocatePLUS Corporation**                                                    Case No. _____

_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Maine Chiefs of Police P.O. Box 2431 South Portland, ME 04116-2431 | - | | | | | | 450.00 |
| Account No. | | | | | | | |
| MASS Inc. 3200 NC Hwy 54 P.O. Box 14309 Durham, NC 27709 | - | | | | | | 10,000.00 |
| Account No. | | | | | | | |
| Massachusetts Department of Revenue P.O. Box 7072 Boston, MA 02204 | - | | | | | | 664.22 |
| Account No. | | | | | | | |
| Melissa Data Corp. 22382 Avenida Empressa Rancho Santa Margarita, CA 92688-2112 | - | | | | | | 2,204.00 |
| Account No. | | | | | | | |
| Miller, Miller & Canby 200-B Monroe Street Rockville, MD 20850 | - | | | | | | 2,677.50 |

Sheet no. __8__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,995.72

B6F (Official Form 6F) (12/07) - Cont.

In re    LocatePLUS Corporation                                                Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Morris James LLP <br> P.O. Box 2306 <br> Wilmington, DE 19801-2306 | | - | | | | | 4,000.00 |
| Account No. <br><br> Mr. Telephone Inc. <br> 5 Dupont Ave <br> South Yarmouth, MA 02664 | | - | | | | | 607.50 |
| Account No. <br><br> NACOP <br> P.O. Box 33167 <br> Washington, DC 20033 | | - | | | | | 670.00 |
| Account No. <br><br> National Grid <br> PO Box 1005 <br> Woburn, MA 01807-1005 | | - | | | | | 4,305.89 |
| Account No. <br><br> NEOA <br> c/o Reggie Jean, President <br> Boston University <br> 621 Commonwealth Avenue <br> Boston, MA 02215 | | - | | | | | 303.00 |

Sheet no. __9__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          9,886.39

B6F (Official Form 6F) (12/07) - Cont.

In re    LocatePLUS Corporation                                             , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Neopost, Inc. P.O. Box 30193 Tampa, FL 33630-3193 | - | | | | | | | 1,079.04 |
| Account No. | | | | | | | | |
| New Horizon P.O. Box 845194 Boston, MA 02284-5194 | - | | | | | | | 2,822.29 |
| Account No. | | | | | | | | |
| NorthPoint Printing Services 230 Second Avenue Waltham, MA 02451 | - | | | | | | | 8,995.62 |
| Account No. | | | | | | | | |
| O'Melveny & Myers LLP 1625 Eye Street NW Washington, DC 20006-4001 | - | | | | | | | 19,536.50 |
| Account No. | | | | | | | | |
| Patrick Connolly 1511 Taraval Street San Francisco, CA 94116 | - | | | | | | | 17,000.00 |

Sheet no. __10__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    49,433.45

B6F (Official Form 6F) (12/07) - Cont.

In re    LocatePLUS Corporation                                    ,    Case No. _____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Patrick Murphy 12 Maple Avenue Avon, MA 02322 | - | | | | | | 38,546.05 |
| Account No. | | | | | | | |
| Paychex General Post Office P.O. Box 29769 New York, NY 10087-9769 | - | | | | | | 156.50 |
| Account No. | | | | | | | |
| Peter Vogel | - | | | | | | 210.75 |
| Account No. | | | | | | | |
| PHS Corporate Services 1313 N. Market Street Suite 5100 Wilmington, DE 19801 | - | | | | | | 200.00 |
| Account No. | | | | | | | |
| PI Magazine P.O. Box 7198 Freehold, NJ 07728-3289 | - | | | | | | 880.00 |

Sheet no. __11__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    39,993.30

B6F (Official Form 6F) (12/07) - Cont.

In re    LocatePLUS Corporation                                              Case No. _____
_____,
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> PR Newswire <br> G.P.O. Box 5897 <br> New York, NY 10087-5897 | - | | | | | | 1,495.00 |
| Account No. <br><br> Precision IR, Inc. <br> Lockox 7391 <br> P.O. Box 8500 <br> Philadelphia, PA 19178-7391 | - | | | | | | 1,401.00 |
| Account No. <br><br> Premier Conferencing <br> P.O. Box 404351 <br> Atlanta, GA 30384-4351 | - | | | | | | 2,355.49 |
| Account No. <br><br> Purchase Power <br> P.O. Box 856042 <br> Louisville, KY 40285-6042 | - | | | | | | 285.00 |
| Account No. <br><br> Raymond Champagne <br> 21 Old Country Road <br> Southampton, MA 01073 | - | | | | | | 8,500.00 |

Sheet no. __12__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,036.49

B6F (Official Form 6F) (12/07) - Cont.

In re    LocatePLUS Corporation                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Reliable Printing Solutions Inc. 2230 Michigan Avenue Santa Monica, CA 90404 | - | | | | | | | 82.48 |
| Account No. | | | | | | | | |
| Robert Fierman c/o Gesmer Updegrove 40 Broad Street Boston, MA 02109 | - | | | | | | | 11,750.00 |
| Account No. | | | | | | | | |
| Ropes & Gray LLP 800 Boylston Street Boston, MA 02199-3600 | - | | | | | | | 118.75 |
| Account No. | | | | | | | | |
| Safeguard Business Systems P.O. Box 8043 Chicago, IL 60680-1043 | - | | | | | | | 166.53 |
| Account No. | | | | | | | | |
| Sheehan Phinney Bass Green 255 State Street Boston, MA 02109 | - | | | | | | | 780.30 |

Sheet no. __13__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                12,898.06

B6F (Official Form 6F) (12/07) - Cont.

In re    LocatePLUS Corporation                                                    Case No. _____
                                                    ,
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Stardard & Poor's 2542 Collection Center Drive Chicago, IL 60693 | - | | | | | | 3,600.00 |
| Account No. | | | | | | | |
| State of Delaware P.O. Box 74072 Baltimore, MD 21274-4072 | - | | | | | | 625.56 |
| Account No. | | | | | | | |
| Steven Abdo 25291 Derbyhill Drive Laguna Hills, CA 92653 | - | | | | | | 9,000.00 |
| Account No. | | | | | | | |
| Stradis, Inc. P.O. Box 920 Saint Petersburg, FL 33731 | - | | | | | | 9,187.50 |
| Account No. | | | | | | | |
| The Exhibit Source 145 Wells Avenue Newton Center, MA 02459 | - | | | | | | 1,350.00 |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          23,763.06

B6F (Official Form 6F) (12/07) - Cont.

In re      LocatePLUS Corporation                                              ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| The Helein Law Group, P.C. 8180 Greensboro Drive #700 Mc Lean, VA 22102 | - | | | | | | 9,996.37 |
| Account No. | | | | | | | |
| The North Shore C of C, Inc. 5 Cherry Hill Drive, Suite 100 Danvers, MA 01923 | - | | | | | | 950.00 |
| Account No. | | | | | | | |
| Tradewinds Mechanical Services 151 Epping Road Exeter, NH 03833 | - | | | | | | 1,557.18 |
| Account No. | | | | | | | |
| TransUnion Vantage Data 13596 Collections Center Drive Chicago, IL 60693-0135 | - | | | | | | 89,739.75 |
| Account No. | | | | | | | |
| Trust Wave Holdings 70 West Madison Street Suite 1050 Chicago, IL 60602 | - | | | | | | 859.00 |

Sheet no.  15   of  16   sheets attached to Schedule of                               Subtotal          103,102.30
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   LocatePLUS Corporation _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Verizon P.O. Box 15150 Worcester, MA 01615-0150 | | - | | | | | | 105.47 |
| Account No. | | | | | | | | |
| Verizon Wireless P.O. Box 15062 Albany, NY 12212-5062 | | - | | | | | | 7,298.82 |
| Account No. | | | | | | | | |
| Wayne Alarm Systems 424 Essex Street Lynn, MA 01905-3624 | | - | | | | | | 371.40 |
| Account No. | | | | | | | | |
| Westlaw Business P.O. Box 6292 Carol Stream, IL 60197-7007 | | - | | | | | | 167.50 |
| Account No. | | | | | | | | |
| Yardley Capital Advisors LLC 33 South Delaware Avenue Suite 106D Yardley, PA 19067 | | - | | | | | | 1,398.21 |

Sheet no. _16_ of _16_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 9,341.40 |
| Total (Report on Summary of Schedules) | 1,076,783.51 |

B6G (Official Form 6G) (12/07)

In re    LocatePLUS Corporation                                                                    Case No. _____
                                          _____,
                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Cummings Properties<br>100 Cummings Center<br>Beverly, MA 01915 | Nonresidential lease of premises located at 100 Cummings Center, 235M, Beverly, Massachusetts |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   LocatePLUS Corporation                                                    Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Certifion Corporation<br>c/o LocatePLUS Holdings Corporation<br>100 Cummings Center 235M<br>Beverly, MA 01915 | Gulabtech, LLC<br>c/o Daniel C. Cohn, Esq.<br>Murtha Cullina<br>99 High Street<br>Boston, MA 02110 |
| Dataphant, Inc.<br>c/o LocatePLUS Holdings Corporation<br>100 Cummings Center 235M<br>Beverly, MA 01915 | Gulabtech, LLC<br>c/o Daniel C. Cohn, Esq.<br>Murtha Cullina<br>99 High Street<br>Boston, MA 02110 |
| LocatePLUS Holdings Corporation<br>100 Cummings Center 235M<br>Beverly, MA 01915 | Gulabtech, LLC<br>c/o Daniel C. Cohn, Esq.<br>Murtha Cullina<br>99 High Street<br>Boston, MA 02110 |
| Worldwide Information, Inc.<br>100 Cummings Center 235M<br>Beverly, MA 01915 | Gulabtech, LLC<br>c/o Daniel C. Cohn, Esq.<br>Murtha Cullina<br>99 High Street<br>Boston, MA 02110 |

0
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Massachusetts

In re   __LocatePLUS Corporation__ _____    Case No. _____

                                               Debtor(s)      Chapter   __11__ _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

         I, the Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___28___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  __July 25, 2011__ _____       Signature                                   _____

                                                      **Brian McHugh**
                                                      **Chief Financial Officer**

_Penalty for making a false statement or concealing property:_   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy